WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
*Attorneys for Defendants Paul M. Donofrio & Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOLLIE MCDONALD,<br><br>             Plaintiff,<br><br>vs.<br><br>PAUL M. DONOFRIO, individually and in his official capacity, and BANK OF AMERICA, as Successor in interest to COUNTRYWIDE HOME LOANS, INC. and COUNTRYWIDE BANK, FSB, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>             Defendants. | Case No.:  2:21-cv-01892-GMN-BNW<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT WITH RESPONSE DEADLINE** |

    Defendants Paul M. Donofrio and Bank of America, N.A. ("Defendants"), by and through their undersigned attorneys of record, and Plaintiff Dollie McDonald ("Plaintiff") pro se, hereby stipulate and agree as follows:

    WHEREAS, on December 5, 2022, Plaintiff filed her Motion for Leave to Amend Complaint (ECF No. 31) (hereinafter the "Motion").

    WHEREAS, on December 6, 2022, the Court denied the Motion without prejudice for the parties to meet and confer (ECF No. 32).

1    WHEREAS, on December 13, 2022, Plaintiff and Defendants held their meet and confer, and as a result have stipulated and agreed on the following:

    IT IS STIPULATED AND AGREED that Plaintiff shall have leave to file the First Amended Complaint attached to the Motion, except that Plaintiff shall revise the First Amended Complaint to number the paragraphs therein in accordance with Fed. R. Civ. P. 10.

    IT IS FURTHER STIPULATED AND AGREED that Plaintiff shall file the First Amended Complaint within three (3) days after entry of the Court's order approving this Stipulation.

    IT IS FURTHER STIPULATED AND AGREED that Defendants shall have through January 16, 2023 to file a response to the First Amended Complaint.

    IT IS SO STIPULATED AND AGREED.

| | |
|---|---|
| DATED this 19th day of December, 2022. | DATED this 16th day of December, 2022 |
| WRIGHT, FINLAY & ZAK, LLP | |
| */s/ Jory C. Garabedian* | */s/ Dollie McDonald* |
| Jory C. Garabedian, Esq. | Dollie McDonald, pro se |
| Nevada Bar No. 10352 | |
| *Attorneys for Defendant, Paul M. Donofrio & Bank of America, N.A.* | |

**ORDER**
**IT IS SO ORDERED**

**DATED:** 3:08 pm, December 20, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Electronic Filing Procedure IV(B), I certify that on 19th day of December, 2022, a true and correct copy of the **STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT WITH RESPONSE DEADLINE** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case, addressed as follows:

Dollie McDonald     dollieinvegas@yahoo.com

*/s/ Erica Baker*
An Employee of WRIGHT, FINLAY & ZAK, LLP