UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOLLIE MCDONALD,<br><br>            Plaintiff,<br>vs.<br><br>PAUL M. DONOFRIO, *et al.*,<br><br>            Defendants. | Case No.: 2:21-cv-01892-GMN-EJY<br><br>**ORDER** |

      Pending before the Court is the Report and Recommendation, (ECF No. 71), of United States Magistrate Judge Elayna J. Youchah, which recommends denying the Motion to File a Second Amended Complaint, (ECF No. 65) filed by Plaintiff Dollie McDonald ("Plaintiff").

      A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

      Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF No. 71) (setting a June 20, 2023, deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 71), is **ADOPTED in full**.

    **IT IS FURTHER ORDERED** that Plaintiff's Motion to File a Second Amended Complaint is **DENIED**.

Dated this __29__ day of June, 2023.

_____
Gloria M. Navarro, District Judge
United States District Court